■ ___4th___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jeffrey W. Brooks    JOINT DEBTOR: Carolina Brooks    CASE NO.: 11-21500-EPK
Last Four Digits of SS# __3083__    Last Four Digits of SS# __6919__

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $__440.00__ for months __1__ to __60__;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $__3,650.00 ($3500 atty fee; $150 costs)__ TOTAL PAID $__1,226.00__
Balance Due    $__2,424.00__ payable $__161.60__/month (Months __1__ to __15__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date    $_____
Address: _____    Arrears Payment              $_____/month (Months _____ to _____)
         _____    Regular Payment              $_____/month (Months _____ to _____)
Acct. Ending: _____

2. _____    Arrearage on Petition Date    $_____
Address: _____    Arrears Payment              $_____/month (Months _____ to _____)
         _____    Regular Payment              $_____/month (Months _____ to _____)
Acct. Ending: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due $ 12,547.65
**2006, 2007 & 2008 1040 Tax**    Payable $__209.13__/month (Months __1__ to __60__) Regular Payment $__N/A__

Unsecured Creditors: Pay $__29.27__/month (Months __1__ to __15__); and $__190.87__/month (Months __16__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Jeffrey W. Brooks                    /s/ Carolina Brooks
Debtor                                   Joint Debtor
Date: __8/15/2011__                      Date: __8/15/2011__

LF-31 (rev. 08/01/06)